UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN McKENDRY-VERHUNCE,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA,<br><br>　　　　　Defendant | Case No. 3:23-cv-00333-ART-CSD<br><br>**ORDER** |

　　　　On July 7, 2023, Plaintiff Ryan McKendry-Verhunce, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. (ECF No. 1). The application is incomplete because Plaintiff did not include a financial certificate and an inmate trust fund account statement for the previous six-month period. Plaintiff also has not filed a complaint. The Court grants Plaintiff and opportunity to correct both deficiencies.

**I.　DISCUSSION**

　　　　"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. Loc. R. Prac. LSR 2-1. Moreover, this Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See id.* at § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1.

　　　　For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed in Forma Pauperis for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**,

which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **September 19, 2023.**

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that on or before **September 19, 2023**, Plaintiff will either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to file the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

It is further ordered that the Clerk of the Court will send Plaintiff Ryan McKendry-Verhunce the approved form for filing a § 1983 complaint and instructions for the same and the approved form application to proceed *in forma pauperis* for an inmate along with information and instructions for the same.

DATED:  July 21, 2023

_____
United States Magistrate Judge